|   |   |
|---|---|
| | District Judge Richard A. Jones |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XIAOSI HU,<br><br>Plaintiff,<br>v.<br><br>CYNTHIA MUNITA, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, SEATTLE FIELD OFFICE DIRECTOR; KENNETH T. CUCCINELLI, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ACTING DIRECTOR; KEVIN MCALEENAN, DEPARTMENT OF HOMELAND SECURITY, ACTING SECRETARY; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES.<br><br>Defendants. | NO. 2:19-cv-01302 RAJ<br><br>Stipulated Motion and Order to Remand |

Plaintiff Xiaosi Hu and Defendants stipulate and move under Local Civil Rules 7(d)(1) and 10(g) to remand this case to United States Citizenship and Immigration Services (USCIS) for prompt adjudication of Plaintiff's N-400 Application for Naturalization. In support of this motion, USCIS represents that upon the court's dismissal and remand order, it will adjudicate Plaintiff's N-400 Application within seven days after Plaintiff provides USCIS a complete, updated N-400 Application. USCIS further represents, based on the information currently

STIPULATED MOTION AND ORDER TO REMAND - 1
(2:19-cv-01302 RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

available to it, that it intends to approve Plaintiff's N-400 Application, provided that Plaintiff's updated N-400 Application does not lead to derogatory information. The parties therefore believe that a remand to USCIS will allow for the most expeditious resolution of this matter.

Accordingly, the parties stipulate that this case is DISMISSED without prejudice and with leave to refile if necessary, and is REMANDED to USCIS for the purpose of adjudicating Plaintiff's N-400 Application for Naturalization within seven days after USCIS receives Plaintiff's complete, updated N-400 Application.

Dated: December 12, 2019

s/ *Robert H. Gibbs*
ROBERT H. GIBBS, WSBA #5932
Gibbs Houston Pauw
1000 Second Ave., Ste. 1600
Seattle, WA 98104
Phone: 206-682-1080
Fax: 206-689-2270
Email: rgibbs@ghp-law.net

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

s/*Kyle A. Forsyth*
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4067
Email:  kyle.forsyth@usdoj.gov

STIPULATED MOTION AND ORDER TO REMAND - 2
(2:19-cv-01302 RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS SO ORDERED.

DATED this 13th day of December, 2019.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

STIPULATED MOTION AND ORDER TO REMAND - 3
(2:19-cv-01302 RAJ)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970